# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. SA CV 17-1063-DOC (KESx)　　　　　　　　　　Date: May 3, 2018

Title: AJU SMALL BUT GREAT FUND 5 V. APACHE GOLF, INC. ET AL

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Deborah Lewman | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER TO SHOW CAUSE WHY MOTION TO ENFORCE FOREIGN ARBITRATION AWARD [32] SHOULD NOT BE GRANTED AS UNOPPOSED

On April 18, 2018, Petitioner AJU Small but Great Fund 5 filed a Motion to Enforce Foreign Arbitration Award (Dkt. 32), and noticed a hearing date for May 21, 2018. Local Rule 7-9 requires a non-moving party to file an opposition or statement of non-opposition "not later than twenty-one (21) days before the date designated for the hearing . . ." L.R. 7-9. Respondents Apache Golf, Inc., William Kang, Daniel You, and Jin You (collectively, "Respondents") have not filed an opposition or statement of non-opposition.

Accordingly, the Court ORDERS Respondents to SHOW CAUSE in writing, **on or before May 14, 2018,** why the Court should not grant Petitioner's Motion as unopposed. If no response is filed by that date, the Court will enter Petitioner's Proposed Order (Dkt. 32-1).

Respondents' counsel shall serve this minute order on Respondents Apache Golf, Inc., William Kang, Daniel You, and Jin You.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk: djl
CIVIL-GEN