LEE ANAV CHUNG WHITE KIM
RUGER & RICHTER LLP
Jay J. Chung (State Bar No. 181003)
   *jaychung@lacwkrr.com*
Anna Novruzyan (State Bar No. 278427)
   *annanovruzyan@lacwkrr.com*
Saam Takaloo (State Bar No. 311598)
   *saamtakaloo@lacwkrr.com*
The Biltmore Court Building
520 S. Grand Avenue, Suite 1070
Los Angeles, CA 90071
Tel.  (213) 341-1602  |  Fax.  (213) 402-8635

Attorneys for Petitioner AJU Small but Great Fund 5

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AJU Small but Great Fund 5, a Korean entity,<br><br>    Petitioner,<br><br>vs.<br><br>APACHE GOLF, INC., a California corporation; JIN YOU, an individual; DANIEL YOU, an individual; WILLIAM KANG, an individual; and DOES 1 through 10, inclusive,<br><br>    Respondents. | Case No.: 8:17-cv-01063<br><br>**ORDER AND JUDGMENT [32]**<br><br>Date: May 21, 2018<br>Time: 10:00 a.m.<br>Courtroom: 9D |

ORDER

LEE ANAV CHUNG WHITE KIM RUGER & RICHTER LLP
The Biltmore Court Building
520 S. Grand Ave. Suite 1070, Los Angeles, CA 90071
Phone: (213) 341-1602 | Fax: (213) 402-8635

# ORDER AND JUDGMENT

In consideration of Petitioner AJU Small but Great Fund 5's Petition to Confirm a Foreign Arbitration Award, and all other matters and papers filed with this Court,

**IT IS HEREBY ORDERED THAT:**

The following decision of the Korean Commercial Arbitration Board in favor of Petitioner AJU Small but Great Fund 5, a Korean entity, is confirmed and shall be enforced by this Court:

1. That the Respondents, APACHE GOLF, INC., a California corporation, JIN YOU, an individual, DANIEL YOU, an individual, and WILLIAM KANG, an individual, shall jointly and severally pay AJU Small but Great Fund 5, a Korean entity, judgment in the amount of $ 19,700,095 in the lawful currency of the United States of America;

2. That the Respondents, APACHE GOLF, INC., a California corporation, JIN YOU, an individual, DANIEL YOU, an individual, and WILLIAM KANG, an individual, shall jointly and severally pay AJU Small but Great Fund 5, a Korean entity, an allowable simple interest rate of 10% per annum from October 14, 2014, for a total amount of $26,595,128 in the lawful currency of the United States of America; and

3. That the Respondents, APACHE GOLF, INC., a California corporation, JIN YOU, an individual, DANIEL YOU, an individual, and WILLIAM KANG, an individual, shall jointly and severally pay AJU Small but Great Fund 5, a Korean entity, attorneys' fees in the amount of $357,523.67 in the lawful currency of the United States of America.

Judgment shall be entered in favor of AJU Small but Great Fund 5, a Korean entity, against APACHE GOLF, INC., a California corporation, JIN YOU, an individual, DANIEL YOU, an individual, and WILLIAM KANG, an individual, jointly and severally, in the amount of $26,952,651.92 forthwith without any stay in execution.

**IT IS SO ORDERED;**

DATED: May 15, 2018

_/s/ David O. Carter_
Hon. David O. Carter
United States District Judge